# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ARVEST BANK, as Special Administrator**          **PLAINTIFF**
**of the Estate of Jose Sanchez-Guerrero, Deceased, and**
**Wrongful Death Beneficiaries of Jose Sanchez-Guerrero**

**v.**          **CASE NO. 4:17-CV-00786 BSM**

**EAGLE SOLUTIONS ACQUISITION CORP., et al.**          **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE